UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| TWIN RIVERS PAPER COMPANY LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMPLETE PAPER INC.<br>d/b/a BiOrigin Specialty Products,<br>RACHEL VAN WYCHEN,<br>and KIM GERRITS,<br><br>Defendants. | Case No. 1:26-cv-172 |

**ORDER GRANTING JOINT CIVIL L.R. 7(h) EXPEDITED NON-DISPOSITIVE MOTION FOR EXPEDITED DISCOVERY**

The parties' Joint Civil L.R. 7(h) Expedited Non-Dispositive Motion Concerning Plaintiff's Motion for Expedited Discovery (ECF No. 20) is granted as follows:

1. Each side[1] may serve up to eight (8) single-part requests for the production of documents, and up to eight (8) single-part interrogatories. Responses and/or objections to requests for the production of documents and interrogatories shall be due seven (7) days from the date that such discovery requests are served.

2. All document productions must be substantially complete within thirty days of entry of this Order.

---

[1] A "side" for these purposes is Plaintiff on the one hand, and all Defendants collectively on the other.

1

3. Delivery of such requests and responses and/or objections by email to counsel of record is deemed sufficient service.

4. To the extent there is a dispute over a document request or interrogatory, the parties agree to work to resolve the issue and, if unable to reach resolution, present it to the Court within ten (10) days from the date that objections to such discovery requests were served. Prior to any production of documents, the parties shall negotiate a proposed protective order and ESI protocol and present the same to the Court for approval.

5. Each side may take up to three (3) fact depositions. Depositions shall proceed upon no less than seven (7) days' notice and the parties are obligated to negotiate, in good faith, a mutually convenient time, date, and location of any deposition. Each deposition shall be limited to three (3) hours on the record. The first deposition shall not occur until twenty-one (21) days after the issuance of this Order.

6. All expedited discovery, including all depositions, shall be completed within fifty (50) days of entry of this Order. No expedited discovery requests may be issued until the Court enters this Order.

7. Within seven (7) days following the close of expedited discovery, Plaintiff may file a renewed motion for a preliminary injunction (the "Motion").

8. Within fourteen (14) days of filing of the Motion, Defendants may file an opposition to the Motion.

9. Within seven (7) days of filing of Defendants' opposition to the Motion, Plaintiff may file a reply in further support of the Motion.

10. After briefing concludes on the Motion, the Court, in its discretion, may hold an evidentiary hearing on the Motion.

11. If necessary, following expedited discovery and the resolution of the Motion, the parties will meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and submit a proposed discovery plan to the Court.

12. The plaintiff's prior motion for expedited discovery (ECF No. 10) is dismissed as moot.

13. Pursuant to the plaintiff's notice withdrawing its motion without prejudice (ECF No. 19) the Clerk shall terminate the pending motion for a preliminary injunction (ECF No. 7).

SO ORDERED this 9th day of February, 2026.

*s/ Byron B. Conway*
Hon. Bryon B. Conway
United States District Judge